# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00601-CV

**Binkley & Barfield, Inc., Appellant**

**v.**

**Great American Insurance Company of New York, Appellee**

### FROM THE 480TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 22-1359-C368, THE HONORABLE SCOTT K. FIELD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Binkley & Barfield, Inc., and Appellee Great American Insurance Company of New York have filed a joint motion to stay this appeal and underlying trial court proceedings pending our resolution of a related appeal, *Great American Insurance Company of New York v. Williamson County*, No. 03-24-00162-CV. The parties represent that the outcome of the related appeal could render this appeal unnecessary.

We construe the parties' joint motion to stay this appeal as a motion to abate the appeal. We grant the motion in part and abate the appeal until further order of this Court. The parties shall file a status report no later than thirty days following our final decision in *Great American Insurance Company of New York v. Williamson County*, No. 03-24-00162-CV. We dismiss the parties' request to stay the underlying trial court proceedings as moot because the record filed in *Great American Insurance Company of New York v. Williamson County*,

No. 03-24-00162-CV, reflects that the trial court ordered that all trial court proceedings in this matter are stayed while the related appeal is pending.

Before Chief Justice Byrne, Justices Smith and Theofanis

Abated

Filed: May 21, 2024